UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIE ZAMARONI, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-00952-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 26, 2018.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 2, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: May 14, 2018

_____
Richard Seeborg
United States District Judge