XHAVIN SINHA (Bar No. 309340)
1645 Willow Street, #150
San Jose, CA 95125
Telephone: (408) 791-0432
xsihna@sinha-law.conm

Attorney for Plaintiff
CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ZAMARONI QUARRY, INC. dba WHEELER ZAMARONI, a California corporation, LOUIE ZAMARONI, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:18-cv-00952-RS<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE (FRCP 41(a)(2)]** |

　　　Plaintiff CALIFORNIA ENVIRONMENTAL PROTECTION ASSOCIATION ("CEPA") and Defendants ZAMARONI QUARRY, INC. dba WHEELER ZMARONI and LOUIE ZAMARONI ("ZAMARONI"), hereby stipulate as follows:

　　　WHEREAS, on February 14, 2018, CEPA filed the Complaint in this matter against Defendant ZAMARONI;

STIPLATION FOR DISMISSAL – Page 1

WHEREAS, CEPA and ZAMARONI (the "settling parties"), through their authorized representatives, and without either adjudication of CEPA's claims or admission by ZAMARONI of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CEPA as set forth in the Complaint, thereby avoiding the costs and uncertainties of further litigation;

WHEREAS, the Settling Parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice (the "federal agencies") for a 45-day statutory review period, consistent with 33 U.S.C. 1365(c) and 40 C.F.R. 135.5, and that review period has expired. The federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Settling Parties that CEPA's claims, as set forth in its Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: July 20, 2018            Respectfully,


                                By: ___/S/__Xhavin Sinha_____
                                    Xhavin Sinha
                                    Attorney for Plaintiff

Dated: July 20, 2018            Respectfully,
                                Peter L. Simon


                                By: ___/s/_Peter L. Simon_____
                                    Peter L. Simon
                                    Attorney for Defendants

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

Dated: July 20, 2018 By: __/s/__Xhavin Sinha_____

**[PROPOSED] ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Environmental Protection Association's claims against Defendant Zamaroni Quarry Inc, dba Wheeler Zamaroni and Louie Zamaroni, as set forth in CEPA's Complaint, are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 7/20/18

Richard Seeborg
UNITED STATES DISTRICT JUDGE